AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Genaro Soriano Paz;<br>a/k/a Soriano "Pickachu" Marino<br><br>*Defendant(s)* | Case No.  20-mj-2073 (JS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 7, 2019  in the county of  Atlantic  in the
_____ District of  New Jersey , the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 8 U.S.C. Section 1326(a) | On or about November 7, 2019, and prior to that date, at Atlantic County, in the District of New Jersey and elsewhere, defendant Genaro Soriano Paz, an alien who had been previously excluded, deported and removed, and had departed from the United States, did knowingly and voluntarily enter the United States without the express consent of the Secretary of Homeland Security or the Attorney General of the United States. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

*Natasha McSeed*
Complainant's signature

Natasha McSeed, Deportation Officer, I.C.E.
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
   telephone    *(specify reliable electronic means).*

Date:  05/19/2020

*Joel Schneider*
Judge's signature

City and state:  District of New Jersey    Hon. Joel Schneider, U.S. Magistrate Judge
Printed name and title

CONTENTS APPROVED
UNITED STATES ATTORNEY


By: *Andrew B. Johns*
Andrew B. Johns
Assistant U.S. Attorney


Date: May 19, 2020

ATTACHMENT A

I, Natasha McSeed, a Deportation Officer of U.S. Immigration and Customs Enforcement ("ICE"), having conducted an investigation and having spoken with other individuals, have knowledge of the following facts:

1. Defendant Genaro SORIANO PAZ, a/k/a Soriano Mario, a/k/a Soriano "Pickachu" Marino is a native and citizen of Mexico.

2. On or about January 1, 1998, SORIANO PAZ illegally entered the United States on foot near Nogales, Arizona. SORIANO PAZ was not admitted or paroled into the United States by an Immigration Officer.

3. SORIANO PAZ was encountered in Atlantic City, New Jersey, on October 1, 2004, after being referred to the ICE Gang Unit by the Atlantic City Police Department as a gang member.

4. On or about October 1, 2004, SORIANO PAZ was issued a Notice to Appear by an Immigration Officer in Newark, New Jersey. On October 7, 2004, the Defendant was ordered deported from the United States to Mexico by an Immigration Judge. On October 19, 2004, the Defendant was removed to Mexico.

5. At an unknown date on or after October 19, 2004, SORIANO PAZ illegally reentered the United States without obtaining the express consent of the Attorney General or the Secretary of Homeland Security.

6. On November 7, 2019 the Atlantic City Police Department arrested SORIANO PAZ for the offense of simple assault. While incarcerated in the Atlantic County Jail, ICE placed a detainer on defendant Genaro SORIANO PAZ.

7. On or about March 5, 2020, SORIANO PAZ was turned over to ICE custody pursuant to the ICE detainer. After coming into ICE custody, SORIANO PAZ was informed of and waived his *Miranda* rights. He thereafter admitted that he was in the United States illegally from Mexico, had been previously deported, and did not have permission to enter the United States.

8. SORIANO PAZ's identity was confirmed through fingerprint analysis. Specifically, a fingerprint examiner from the Federal Bureau of Investigation, Criminal Justice Information Services ("CJIS") Division, compared the fingerprints taken in conjunction with defendant's removal, described in Paragraph 4, above, with the fingerprints taken from SORIANO PAZ when he was taken into ICE custody on March 5, 2020. The fingerprint examiner determined that the fingerprints submitted were identical with each other and also were identical to those associated with SORIANO PAZ's FBI number. This FBI number is also associated with SORIANO PAZ's assault arrest described in Paragraphs 6, above.

9. Neither the Attorney General of the United States nor the Secretary of Homeland Security authorized SORIANO PAZ's re-entry into the United States, following his October 19, 2004 removal.

Respectfully submitted,

*Natasha McSeed*

NATASHA MCSEED
Deportation Officer, ICE

Pursuant to Fed. R. Crim. P. 4.1, Deportation Officer McSeed was sworn and attested to the contents of this affidavit in support of the complaint and arrest warrant for Defendant Genaro Soriano Paz.

_____        Date: May 19, 2020
HON. JOEL SCHNEIDER
United States Magistrate Judge